UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE EPPES, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>                      -v.-<br><br>MMM CONSUMER BRANDS, INC., *doing business as* MARLEY SPOON,<br><br>                              Defendant. | 22 Civ. 6341 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record at today's conference, Defendant's motion to compel arbitration is GRANTED and its motion to deny class certification is DENIED as moot. Additionally, this matter is hereby STAYED pending arbitration. Plaintiff is directed to file a letter apprising the Court of that status of that arbitration on or before **August 28, 2023**.

    The Clerk of Court is directed to terminate the motion at docket entry 28.

    SO ORDERED.

Dated:  June 29, 2023
           New York, New York

                                                                       KATHERINE POLK FAILLA
                                                                      United States District Judge