UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE EPPES, individually and on behalf of all others similarly situated,

  *Plaintiff*,

vs.

MMM CONSUMER BRANDS, INC., d/b/a Marley Spoon

  *Defendant*.
_____/

Case No. 1:22-cv-06341-KPF

## NOTICE OF DISMISSAL WITH PREJUDICE

  Plaintiff, Danielle Eppes, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

  1. All claims of the Plaintiff, Danielle Eppes, individually, are hereby dismissed with prejudice.

  2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 28, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
New York Bar No. 037343
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**The Clerk of Court is directed to close the case.**

**SO ORDERED.**

**Arun Subramanian, U.S.D.J.**
**Date: August 30, 2023**

*Counsel for Plaintiff and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                    **SHAMIS & GENTILE, P.A.**
                                    14 NE 1st Ave., Suite 705
                                    Miami, FL 33132
                                    Telephone (305) 479-2299
                                    Facsimile (786) 623-0915
                                    Email: efilings@sflinjuryattorneys.com

By:      */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.
            Florida Bar # 101754

*Counsel for Plaintiff and the Class*